JH

# Palestine Police Dept.

*301 SOUTH MAIN STREET*      *PALESTINE, ILLINOIS 62451*     PHONE: *618 546 1515*
*POLICE CHIEF:*     *JAMES L. CLARK*     FAX: *618 586 2464*

11/9/05

**FILED**

NOV 1 4, 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To the United States District Court Northeastern District of Illinois, Eastern Division:

I am writing you on behalf of the Palestine Police Department and our six officers to urge you to dismiss the case of Village of Dolton vs. TASER International Inc, Case # 05C4126.

Our department has found the TASER technology device to be a major step forward in officer and community safety. While not risk free, TASER devices represent on e of the safest and most effective use-of-force options available today in my professional opinion and based on our actual experience. We believe this litigation is counterproductive and is, in fact diametrically opposed to the interest, health, and safety of law enforcement officers across the country.

Based on our agency's experience, this litigation does not represent our agency's views. I therefore also request that you deny this "class action" status as it does not accurately represent the views of law enforcement in my opinion.

Sincerely,

James L. Clark
Palestine Police Chief